Nicholas J. Farone, Respondent, v. Julius Mendelsohn, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Edward Fitzpatrick, as Administrator, etc., of George L. Fitzpatrick, Deceased, Appellant, v. Boston and Maine Railroad, Respondent.— Motion denied.

Lilla Vane Goodrich, Appellant, v. George Gains Goodrich, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Eugene Howard, Respondent, v. John A. Smith, Appellant.— Order affirmed, with costs. All concurred; Lyon, J., not sitting.

Charles A. Johnson, as Executor, etc., of Jane B. Johnson, Deceased, Appellant, v. The State of New York, Respondent.— Motion for reargument denied.

In the Matter of Proving the Last Will and Testament of Luther Bushnell, Deceased. Royal D. Woolsey, as Special Guardian of Kenneth Bushnell, Appellant; Elizabeth Bushnell and Others, Respondents.— Decree unanimously affirmed, with costs to special guardian, appellant, and to respondent, both payable out of the estate. All concurred; Smith, P. J., not sitting.

In the Matter of the Application of the Board of Water Supply of the City of New York to Acquire Real Estate in the County of Ulster under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. (Ashokan Reservoir: Parcels 20a, 44, 56a, 56b, 56c, 73, 275, 781, 800, 801 and 868); (Northern Aqueduct: Parcels 145, 154, 155, 164b, 189, 201 and 209.) Samuel D. Coykendall and Others, Appellants; The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., not voting.

Thomas J. Meade, Respondent, v. Arthur E. La Marche, Appellant.— Motion denied.

In the Matter of the Designation of a Justice to Hold Trial and Special Term Appointed to Be Held in the County of Otsego.— Honorable William P. Rudd, a justice of the Supreme Court of the third judicial district, is hereby designated to hold the Trial and Special Term appointed to be held in the county of Otsego commencing upon June 3, 1912.

Joseph Osset, Respondent, v. Martin Welch, Appellant.— Judgment and order unanimously affirmed, with costs.

Mabel Pattee, as Administratrix, etc., of Howard Pattee, Deceased, Respondent, v. Hudson Valley Railway Company, Appellant.— Motion denied.

Joseph Payette and Julius Mendelsohn, Respondents, v. Nicholas J. Farone, Appellant.— Order affirmed, without costs. All concurred.